**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MARTIN,<br><br>        Petitioner,<br><br>    v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>        Respondent. | NO. EDCV 10-00885 MMM (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 14, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE